This court remanded this case to the Circuit Court of Montgomery County and directed it to determine whether appellant's conviction under the Federal Youth Corrections Act, 18 U.S.C. § 5010(b), et seq. (repealed by Pub.L. 98-473, 1984), had been set aside or expunged in accordance with 18 U.S.C. § 5021(a) or (b). On remand, the trial court found the following:
 "The defendant's conviction in the Middle District of Alabama under the Federal Youth Corrections Act has been set aside by the order of the U.S. Parole Commission under the provisions of the Youth Corrections Act."
In accordance with our opinion on original submission, we remand this case again to the trial court with directions that the trial court set aside appellant's sentence heretofore entered, hold a new sentencing hearing, and resentence appellant. The prior conviction under the Federal Youth Corrections Act referred to above, which has been set aside, cannot be considered for enhancement purposes under the Alabama Habitual Felony Offender Act in resentencing. Due return should be made to this court of the proceedings below.
OPINION EXTENDED; REMANDED WITH DIRECTIONS.
All Judges concur.
 On Return to Remand